UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK M. J.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No. 22-cv-03920-AGT<br><br>**JUDGMENT** |

This action having come before the Court on the parties' cross-motions for summary judgment, and the Court having granted the plaintiff's motion, it is ordered and adjudged that the Commissioner's final decision is vacated and the case is remanded for further proceedings. This constitutes a final judgment and closes the case.

**IT IS SO ORDERED.**

Dated: October 3, 2023

_____
ALEX G. TSE
United States Magistrate Judge